466 A.2d 708

Commonwealth v. Smyth, Appellant.

Commonwealth v. Donohue, Appellant.

Argued May 4, 1983. John G. McDougall, for appellants; A. Sheldon Kovach, Assistant District Attorney for Commonwealth, appellee.

Before McEWEN, CIRILLO and HOFFMAN, JJ.

Judgments of sentence affirmed.